439 A.2d 1146

In re OBJECTIONS TO the NOMINATION
CERTIFICATES of

Samuel M. Lehrer (461)

Leonard A. Ivanoski (462)

James D. McCrudden (463)

John L. Braxton (464)

Eugene H. Clarke, Jr. (465)

Victor J. DiNubile, Jr. (466)

Leon Katz (467).

Appeals of Joseph P. McCABE.

Supreme Court of Pennsylvania.

Sept. 21, 1981.

Julia B. Passyn, Philadelphia, for appellants at Nos. 81–3–461 through 81–3–467, petitioners at No. 421 E.D.Misc.Dkt. and appellees at No. 81–3–453.

Gregory M. Harvey, Philadelphia, for Edward Rendell and Thomas Leonard.

Mark A. Aronchick, First Deputy City Sol., for City Comm. of Philadelphia and City of Philadelphia.

Isadore A. Shrager, Philadelphia, for Democratic City Executive Com.

Morris M. Shuster, Philadelphia, for amicus curiae Pa. Bar Assn.

David Glancey, Chairman, Philadelphia, for County Democratic Com.

218

Eugene Maier, Chairman, Philadelphia, for Bd. of Elections.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM:

The order of Judge Greenberg of the Court of Common Pleas of Philadelphia entered in the above matter is vacated in light of our disposition entered this day at No. 81–3–453 and No. 421 E.D.Misc.Dkt.1981, 497 Pa. 218, 439 A.2d 1147.

NIX, J., did not participate in the decision of this case.